**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE H. WILSON, | ) No. CV 21-8359-PSG (JPR) |
| Plaintiff, | ) **ORDER ACCEPTING MAGISTRATE** |
|  | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| FIDEL OCHOA & RICARDO BANDA, | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint; Defendants' requests for discovery sanctions, including dismissal; the other records on file herein; the Magistrate Judge's Report and Recommendation; Plaintiff's Objections to the R. & R; and Defendants' Reply to Plaintiff's Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Defendants' requests for dismissal are granted.
2. Judgment be entered consistent with this order.

3.  The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: December 1, 2023

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE