JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. WILSON, | Case No. CV 21-8359-PSG (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| FIDEL OCHOA & RICARDO BANDA, | |
| Defendants. | |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that Judgment be entered in Defendants' favor and that this action is dismissed with prejudice.

DATED: December 1, 2023

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE